THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEX YANDOLI, Appellant, *v.* THE SHERIFF OR WARDEN OF BRONX COUNTY JAIL, Respondent.

*People ex rel. Yandoli* v. *Sheriff or Warden of Bronx County Jail,* 174 App. Div. 869, appeal dismissed.
　(Submitted April 2, 1917; decided April 6, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1916, which affirmed an order of Special Term dismissing a writ of habeas corpus.

The motion was made upon the ground of failure to perfect or prosecute the appeal.

*Francis Martin, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.